AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA
V.
NEFTALI PEREZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1652-CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 28, 2004__ in __Worcester__ county, in the _____ District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

having previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Hi-Point 9mm pistol, model C9, serial number P1210556.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__

I further state that I am a(n) __ATF Special Agent__ and that this complaint is based on the following
Official Title

facts:
see attached affidavit incorporated herein by reference

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-10-2005                                              at         Worcester, MA
Date                                                                  City and State

Charles B. Swartwood, III
Chief United States Magistrate Judge                   _____
Name & Title of Judicial Officer                               Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.